IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOHANCE TACUMA MERCER-HUFFMAN, JR., <br>         Plaintiff, <br><br> v. <br><br> MAHALY KADAR; *et al.*, <br>         Defendants. | 2:24-cv-1164 |

## ORDER

    Yohance T. Mercer-Huffman, Jr. initiated this *pro se* civil rights case against Defendants, bringing one count for violations of his Fourteenth Amendment rights and one count for violations of his Fourth Amendment rights. ECF 24. Before the Court are Defendants' motion to dismiss Mr. Mercer-Huffman's Fourteenth Amendment claim and Defendants' motion to stay his Fourth Amendment claim until the conclusion of his state criminal proceedings. ECF 33.

    The Court will grant Defendants' motion to dismiss and motion to stay. Mr. Mercer-Huffman's Fourteenth Amendment claim, based on excessive force, fails to state a claim under the Fourteenth Amendment and is more appropriate under the Fourth Amendment that he has brought. Because Mr. Mercer-Huffman's Fourth Amendment claim is sufficiently intertwined with the facts and circumstances of his underlying criminal prosecution, the Court will stay his Fourth Amendment claim until the conclusion of the current criminal proceedings. *See Milan v. Dever*, No. 20-CV-2676, 2020 WL 6822967, at *6 (E.D. Pa. Nov. 20, 2020).

    **AND NOW**, this 15th day of January, 2026, **IT IS ORDERED** that Defendants' Motion to Dismiss and Motion to Stay (ECF 33) are **HEREBY GRANTED**. Mr. Mercer-Huffman's Fourteenth Amendment claim is dismissed with prejudice and his Fourth Amendment claim is stayed pending the conclusion of his state criminal proceedings. The Court further orders the Clerk of Court to administratively **CLOSE** the case.

2

Either party may move to re-open this matter and lift the stay at the conclusion of the underlying criminal case, which includes the exhaustion of any direct appeals arising from the criminal proceeding.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Yohance Tacuma Mercer-Huffman, Jr.
PI-06788
Mercer County Jail
55 Thompson Road
Mercer, PA 161377